```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

     -v.-                         :    INDICTMENT

ALI MOHAMAD KDOUH,                :    S5 07 Cr.
     a/k/a "A.M. Kaddouh,"
                                  :

          Defendant.              :

- - - - - - - - - - - - - - - - - -x
```

S(5) 07 CRIM. 625

COUNT ONE

The Grand Jury charges:

1. From at least in or about 2005, up to and including in or about June 2007, in the Southern District of New York and elsewhere, ALI MOHAMAD KDOUH, the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit offenses against the United States, to wit, to violate Title 18, United States Code, Section 1343.

2. It was a part and an object of the conspiracy that ALI MOHAMAD KDOUH, a/k/a "A.M. Kaddouh," the defendant, and others known and unknown, unlawfully, willfully, and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, would and did transmit and cause to be transmitted by means of wire, radio,

and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, which affected a financial institution, in violation of Title 18, United States Code, Section 1343, to wit, ALI MOHAMAD KDOUH, a/k/a "A.M. Kaddouh," the defendant, and others perpetrated an advance-fee scheme in which hundreds of victims were fraudulently induced by the prospect of receiving illusory monetary benefits to wire money into bank accounts in Cyprus, Greece, Spain, and elsewhere, resulting in actual losses to the victims well in excess of $10,000,000.

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. On or about December 7, 2005, ALI MOHAMAD KDOUH, a/k/a "A.M. Kaddouh," and two other co-conspirators not named as defendants herein ("CC-1" and "CC-2") had a meeting in Paris, France.

b. On or about March 24, 2006, a person in in South Carolina ("Victim-1") made a wire transfer of approximately $345,000 to RBTT Bank, in St. Maarten, Netherlands Antilles to an account in the name of "International Euro Investments Trade

Corp." ("RBTT Bank Account-1").

    c.   On or about March 29, 2006, a person residing in New York, New York ("Victim-2") made a wire transfer of approximately $34,950.00 to RBTT Bank Account-1, in St. Maarten.

    d.   On or about March 30, 2006, a person residing in Colorado ("Victim-3") made a wire transfer of approximately 82,406 Euros to a Euro bank account at RBTT Bank, in St. Maarten ("RBTT Bank Account-2").

    e.   On or about April 1, 2006, ALI MOHAMAD KDOUH, a/k/a "A.M. Kaddouh," the defendant, sent an e-mail to CC-2 to transfer approximately 77,000 Euros from RBTT Bank Account-2 through HSBC Bank in New York, for credit to a bank account at HSBC in Hong Kong.

(Title 18, United States Code, Section 1349.)

## COUNT TWO

The Grand Jury further charges:

4.   From at least in or about 2005, up to and including in or about June 2007, in the Southern District of New York and elsewhere, ALI MOHAMAD KDOUH, a/k/a "A.M. Kaddouh," the defendant, and others known and unknown, in an offense involving interstate and foreign commerce, knowing that the property involved in certain financial transactions represented the proceeds of some form of unlawful activity, unlawfully, willfully and knowingly would and did conduct and attempt to conduct such

financial transactions, which in fact involved the proceeds of specified unlawful activity, namely, wire fraud in violation of Title 18, United States Code, Section 1343, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, to wit, ALI MOHAMAD KDOUH, a/k/a "A.M. Kaddouh," and others received millions of dollars from victims of the wire fraud scheme as specified in Count One, above, falsely concealed the source of those funds, and then transferred portions of those funds to multiple foreign bank accounts.

(Title 18, United States Code, Sections
1956(a)(1)(B)(i) and 2.)

FORFEITURE ALLEGATION

5.  As the result of committing one or more of the wire fraud and/or money laundering offenses in violation of Title 18, United States Code, Sections 1343, 1349, and/or 1956, alleged in Counts One and Two of this Indictment, ALI MOHAMAD KDOUH, a/k/a "A.M. Kaddouh," the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. §§ 981(a)(1)(c), 982 and 28 U.S.C. § 2461, all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the wire fraud offenses and/or involved in the money laundering offenses and all property traceable to such property, including but not

limited to the following:

        a.   At least $50,000,000 in United States currency, in that such sum in aggregate is property representing the amount of proceeds obtained as a result of the wire fraud offenses and/or property which was involved in the money laundering offenses or is traceable to such property.

        6.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

        (1) cannot be located upon the exercise of due diligence;

        (2) has been transferred or sold to, or deposited with, a third person;

        (3) has been placed beyond the jurisdiction of the Court;

        (4) has been substantially diminished in value; or

        (5) has been commingled with other property which

            cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C.

§ 853(p), to seek forfeiture of any other property of said defendant(s) up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 981, 982 and
Title 28, United States Code, Section 2461.)

_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

- v -

ALI MOHAMAD KDOUH,
        a/k/a "A.M. Kaddouh,"

**Defendant.**

### INDICTMENT

S5 07 Cr.

(Title 18, United States Code, Sections 1343, 1349, 1956 & 2.)

MICHAEL J. GARCIA
United States Attorney.

*/s/ [signature]*