ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER |
| - v. - | S5 07 Cr 0625 |
| ALI MOHAMAD KDOUH, a/k/a "A.M. Kaddouh," | |
| Defendant. | |

- - - - - - - - - - - - - - - - x

Upon the application of the United States, by the United States Attorney for the Southern District of New York, by Assistant United States Attorney William J. Harrington;

It is found that the Indictment in the above-captioned action is currently sealed, that ALI MOHAMAD KDOUH, a/k/a "A.m Kaddouh, the defendant, was detained on November 30, 2007, and that the United States Attorney's Office has applied to have that Indictment unsealed for the purpose of pursuing his extradition; it is therefore

ORDERED that the Indictment in the above-mentioned action be unsealed and remain unsealed pending further order of the court.

DATED:   New York, New York
         December 4, 2007

_____
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07