

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/06

# MEMO ENDORSED

RECEIVED
MAR 27 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

**BY FAX**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: <u>United States</u> v. <u>Ali Muhamad Kdouh</u>,
        07 Cr. 625 (SHS)

Dear Judge Stein:

    The Government writes to confirm that the next pretrial conference in this matter is set for April 4, 2008 at 12:30 p.m.

    The Government requests that the Court exclude time until April 4, 2008 pursuant to the Speedy Trial Act. The Government submits that such exclusion is warranted pursuant to 18 U.S.C. § 8161(h)(8)(A). Specifically, the adjournment of the pretrial conference was necessitated by the hospitalization of Mr. Kdouh. As a result, Mr. Kdouh could not be present for the originally scheduled conference time. The Government submits that the ends of justice thus outweigh the best interest of the public and the defendant in a speedy trial. Michael Rosen, counsel for Mr. Kdouh, has informed me that he consents to this request.

*[handwritten endorsement: "for 3/27/08"]*

                                       Respectfully submitted,

                                       MICHAEL J. GARCIA
                                       United States Attorney

                      By: _____
                            William J. Harrington
                            Assistant U.S. Attorney
                            (212) 637-2331

*[handwritten: "So ordered." with signature of Sidney H. Stein, U.S.D.J.]*

cc by fax: Michael Rosen, Esq.

TOTAL P.02