```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
UNITED STATES OF AMERICA

            v.
ALI KDOUH,                            NOTICE OF APPEARANCE
                                      07 Cr 625 (SHS)
        Defendant.
-------------------------------x
```

SIRS/MADAMES:

   PLEASE TAKE NOTICE, that B. Alan Seidler, an attorney admitted to practice law in the State of New York on February 9, 1973, and admitted to practice before the United States District Court for the Southern District of New York on August 6, 1974, and at all times remaining in good standing, hereby appears as attorney of record for defendant in the within action, and requests that all related case materials be sent to counsel's office.

DATED:  June 3, 2008.

                        Submitted by,

                        /S

                        --------------------------
                        B. ALAN SEIDLER
                        Attorney for Defendant
                        580 Broadway
                        New York, NY 10012
                        212-334-3131
                        212-334-2211 fax
                        Snedens66 @ AOL.com