UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                 :         07 Cr. 625 (SHS)

      -against-                                         :         <u>ORDER</u>

ALI KDOUH,                                                :

               Defendant.                       :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that Michael Rosen is relieved and Alan Seidler will assume representation of defendant.

Dated: New York, New York
      June 13, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 6/13/08]