

LAW OFFICE
OF
**B. ALAN SEIDLER**
580 BROADWAY
NEW YORK, NEW YORK 10012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08

(212) 334-3131
(888) 247-0243
FACSIMILE
(212) 334-2211

August 7, 2008

Hon. Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

By FAX

re: USA v. Kdouh
07 Cr 625 (SHS)

Dear Judge Stein;

With the consent of the Government, by AUSA Harrington, I respectfully request an adjournment of the August 14, 2008, status conference for approximately 2 weeks. On the 14th I will be on trial before Judge Hellerstein in USA v. Vializ. Because of my unavailability, the defendant will agree to waive speedy trial time during the adjournment period. *The time is excluded between today and 9/4/08 from calculations under the Speedy Trial Act. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public + the defendant in a speedy trial, pursuant to 18 USC 3161(h)(8)*

Thank you.

Very truly yours,

B. Alan Seidler

*The conference is adjourned to 9/4/08, at 2:30 P.M.*

SO ORDERED 8/8/08

_____
SIDNEY H. STEIN
U.S.D.J.

cc: AUSA William Harrington, by FAX
bas/ee